UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ASHAPURA PROTEINS, LTD**                                **CIVIL ACTION**

**VERSUS**                                                **NO. 17-4670**

**LK TRADING, LLC**                                       **SECTION "B"(4)**

## ORDER OF DISMISSAL

Considering the jointly filed motion to dismiss (Rec. Doc. 85) and the settlement agreement (Rec. Doc. 84),

**IT IS ORDERED** that the motion is **GRANTED** and Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**, each side to bear its own costs.

**IT IS FURTHER ORDERED** that the terms of the settlement agreement (Rec. Doc. 84) are incorporated as part of this Order. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 380-82 (1994); *Hosp. House, Inc. v. Gilbert*, 298 F.3d 424, 430-34 (5th Cir. 2002). The Court retains jurisdiction to enforce the settlement agreement (Rec. Doc. 84) for a reasonable period of time, which by the terms of the settlement agreement should not exceed six (6) months. *See* Rec. Doc. 85 at 1; *Kokkonen*, 511 U.S. at 380-82; *Hosp. House*, 298 F.3d at 430-34. By incorporating the settlement agreement (Rec. Doc. 84) as part of this Order, a breach

of the settlement agreement would violate this Order. *See Kokkonen*, 511 U.S. at 380-82; *Hosp. House*, 298 F.3d at 431.

New Orleans, Louisiana, this 9th day of August, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE